O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA,<br><br>        Plaintiff,<br><br>  v.<br><br>T. HASLEY, et al.,<br><br>        Defendants. | Case No. CV 16-00912 JGB (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: November 21, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE